UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE L BROWN,<br><br>Plaintiff,<br><br>-v.-<br><br>1199 SEIU BENEFIT AND PENSION FUNDS and NEW YORK PRESBYTERIAN LAWRENCE HOSPITAL,<br><br>Defendants. | 25 Civ. 10545 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has reviewed Plaintiff's letters filed on November 10, 2026. (Dkt. #42, 43). One letter responds to the arguments in the motion of dismiss submitted by Defendant 1199SEIU Benefit and Pension Funds (Dkt. #42), and the second letter responds to the arguments in the motion to dismiss submitted by Defendant New York Presbyterian Westchester Hospital (Dkt. #43). The Court construes both letters as Plaintiff's opposition to Defendants' respective motions to dismiss (Dkt. #35-41), along with any opposition filed on or before **December 11, 2026**.

The Clerk of Court is directed to mail a copy of this order to any self-represented party who has not consented to e-service or e-filing

SO ORDERED.

Dated: November 23, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge